LAURA KOLADIJE, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ROBERT E. MILLER, DEFENDANT-RESPONDENT.

*Mr. Aaron Gordon* for the petitioner.

*Messrs. Ryan & Saros* for the respondent.

March 1, 1954.   Denied.

PATRICIA MURPHY, PLAINTIFF-RESPONDENT, v. LLOYD J. KELLY, DEFENDANT-PETITIONER.

See same case below: 28 *N. J. Super.* 266.

*Mr. Lester C. Leonard* for the petitioner.

*Mr. Thorn Lord* and *Mr. Harry A. Walsh* for the respondent.

March 8, 1954.   Granted.